Jones Day, Barbara J. Leukart, and Laura R. Anderson, for appellee General Motors Corporation.

THE STATE OF OHIO, APPELLEE, *v.* NANCE, APPELLANT.

[Cite as *State v. Nance,* 114 Ohio St.3d 122, 2007-Ohio-3654.]

(No. 2006–1018—Submitted July 10, 2007—Decided August 1, 2007.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Williams,* 114 Ohio St.3d 103, 2007-Ohio-3268, 868 N.E.2d 969.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

CUPP, J., not participating.

F. Stephen Chamberlain, for appellant.